# Exhibit 1

**Registration Number**

# VA 1-966-326

**Effective Date of Registration:**
August 07, 2015

## Title

**Title of Work:** Group Registration Photos, Howarth, published Jan. 2, 2015 to Aug. 6, 2015 (216) images

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 02, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Morgan Howarth
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Morgan Howarth
13520 Norwick Place, Gainesville, VA, 20155

## Rights and Permissions

**Name:** Morgan Howarth
**Email:** morgan@morganhowarth.com
**Telephone:** (240)377-1766
**Address:** 13520 Norwick Place
Gainesville, VA 20155 United States

## Certification

**Name:** Morgan Howarth
**Date:** August 07, 2015

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding publication: Range of publication dates is: Jan. 2, 2015 to Aug. 6, 2015. |
| | Basis for Registration: registered as a group of published photographs |